**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **JOHN GABOR, KAY GABOR,** | **C 07-6091 PVT** |
| **Plaintiff(s),** | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| **VS.** | |
| **UNITED STATES OF AMERICA, ET AL.,** | |
| **Defendant(s).** | |

_____

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for March 25, 2008 before the Honorable Patricia V. Trumbull has rescheduled for **April 11, 2008 at 10:30 a.m.,** before the Honorable Judge Jeremy Fogel. Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on or before April 4, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: 3/18/08                                          RICHARD W. WIEKING,
                                                                       Clerk of Court

                                                                       /s/ Corinne Lew
                                                                       Corinne Lew
                                                                       Courtroom Deputy

1  Copies mailed on 3/18/08 to:

2  **John and Kay Gabor**
3  590 Smokey Court
   Campbell, CA 95008-3717