UNITED STATES DISTRICT COURT
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                          General Court Number
Clerk                                                                          408.535.5364

**March 17, 2008**

**CASE NUMBER:  CV 07-06091 PVT**
**CASE TITLE:  JOHN GABOR, ET AL.-v-UNITED STATES OF AMERICA, ET AL.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case reassigned

to the **Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 03/14/08


FOR THE EXECUTIVE COMMITTEE:

_____
                                                                     Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                         Entered in Computer 03/17/08 tsh


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                Transferor CSA