UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GABOR, ET AL. et al,<br><br>              Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, ET AL. et al,<br><br>              Defendant._____/ | Case Number: CV07-06091 JF<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Gabor
590 Smokey Court
Campbell, CA 95008-3717

Kay Gabor
590 Smokey Court
Campbell, CA 95008-3717

Dated: March 20, 2008

                                                Richard W. Wieking, Clerk
                                                By: Tiffany Salinas-Harwell, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GABOR, ET AL. et al,<br><br>         Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, ET AL. et al,<br><br>         Defendant.         / | Case Number: CV07-06091 JF<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


John Gabor
590 Smokey Court
Campbell, CA 95008-3717

Kay Gabor
590 Smokey Court
Campbell, CA 95008-3717

Dated: March 20, 2008

                              Richard W. Wieking, Clerk
                              By: Tiffany Salinas-Harwell, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GABOR, ET AL. et al,<br><br>           Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, ET AL. et al,<br><br>           Defendant. _____/ | Case Number: CV07-06091 JF<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Gabor
590 Smokey Court
Campbell, CA 95008-3717

Kay Gabor
590 Smokey Court
Campbell, CA 95008-3717

Dated: March 20, 2008

                                                    Richard W. Wieking, Clerk
                                                    By: Tiffany Salinas-Harwell, Deputy Clerk