**E-filed 3/24/08**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOHN GABOR, KAY GABOR, | Case No. C-07-6091-JF |
| Plaintiffs, | ORDER OF RECUSAL |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Pursuant to Canon 3(C)(1)(a) of the Code of Conduct for United States Judges, I hereby recuse myself from participation in the above-entitled matter. The Clerk shall reassign the matter to another District Judge pursuant to this Court's Assignment Plan.

DATED: 3/24/08

JEREMY FOGEL
United States District Judge

Copies of Order mailed to:

**John Gabor
Kay Gabor
590 Smokey Court
Campbell, CA 95008-3717**