**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>408.535.5364 |

March 17, 2008

**CASE NUMBER: CV 07-06091 PVT**
**CASE TITLE: JOHN GABOR, ET AL.-v-UNITED STATES OF AMERICA, ET AL.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division. Case reassigned to the **Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 03/14/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                Clerk

NEW CASE FILE CLERK:

| | |
|---|---|
| Copies to: Courtroom Deputies<br>Log Book Noted | Special Projects<br>Entered in Computer 03/17/08 tsh |

CASE SYSTEMS ADMINISTRATOR:

| | |
|---|---|
| Copies to:  All Counsel | Transferor CSA |