1
2
3
4
5
6
7
8               IN THE UNITED STATES DISTRICT COURT
9             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  JOHN GABOR, et al.,                    *E-FILED - 4/2/08*
12          Plaintiff,                     CASE NO.: C-07-06091-RMW
13      v.                                 **CLERK'S NOTICE OF SETTING
                                           CASE MANAGEMENT CONFERENCE**
14  UNITED STATES OF AMERICA., et al.,
15          Defendant.

PLEASE TAKE NOTICE that a Case Management Conference has been scheduled for **May 23, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte.  Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to file a revised Joint Case Management Statement by May 16, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.


DATED: April 2, 2008

                            BY: _Jackie Garcia_____
                                JACKIE GARCIA
                                Courtroom Deputy for
                                Honorable Ronald M. Whyte

1
2  Copy of Order E-Filed to Counsel of Record:
3
4  Copy of Order Mailed to:

5  John and Kay Gabor
   590 Smokey Court
   Campbell, CA 95008-3717
6
         *Pro Se Plaintiffs*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28