*E-filed on*    5/5/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN GABOR and KAY GABOR,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No. C-07-06091 RMW<br><br>ORDER CONTINUING HEARINGS ON MOTIONS TO DISMISS<br><br>**[Re Docket Nos. 9, 10]** |

On the court's own motion, the court continues the hearings on two motions in this matter: (1) defendant Bradley A. Solomon's Motion to Dismiss First Amended Complaint; Motion for Award of Costs, Fees and Other Relief Pursuant to 42 U.S.C. Section 1988 and (2) the Motion to Dismiss Federal Defendants filed by the United States. The hearing for Solomon's Motion to Dismiss is currently set for May 23, 2008 at 9:00 a.m.; the hearing for the United States' Motion to Dismiss is currently set for June 20, 2008 at 9:00 a.m. Both motions shall be heard together and the combined hearing shall be held on **June 27, 2008 at 9:00 a.m.** in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

ORDER CONTINUING HEARINGS ON MOTIONS TO DISMISS—No. C-07-06091 RMW

1  The briefing schedule shall conform to the new date of the combined hearing. Thus, the
2  schedule shall be as follows:

3  Plaintiffs' oppositions to the motions to dismiss:  Due on or before June 6, 2008
   Defendants' replies to plaintiffs' oppositions:    Due on or before June 13, 2008
4  Combined hearing:                                   June 27, 2008 at 9:00 a.m.

5  As the motions to dismiss were separately filed, the briefing need not be combined. Each party may
6  submit briefing in the length specified by Civil Local Rule 7-3 (opposition: not to exceed 25 pages;
7  reply: not to exceed 15 pages).

9  DATED:     5/5/08                           *Ronald M Whyte*
10                                              RONALD M. WHYTE
                                                United States District Judge

1 | **A copy of this order was mailed on** _____5/5/08_____ **to:**

2 | **Counsel for Plaintiff(s):**

3 | John and Kay Gabor
590 Smokey Court
4 | Campbell, CA 95008-3717
PRO SE

5 | **Counsel for Defendant(s):**

6 |

7 | Claire T. Cormier          claire.cormier@usdoj.gov
Kay Keeching Yu         kay.yu@doj.ca.gov

8 |
Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

**United States District Court**
**For the Northern District of California**

ORDER CONTINUING HEARINGS ON MOTIONS TO DISMISS—No. C-07-06091 RMW
3