**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GABOR, ET AL., | No. C 07-06091 RMW |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| UNITED STATES OF AMERICA, ET AL., | |
| Defendant(s). | |

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion to Dismiss First Amended Complaint and the Motion to Dismiss Federal Defendants set for hearing before the Honorable Judge Ronald M. Whyte, on June 27, 2008, at 9:00 a.m., has been rescheduled to **July 18, 2008, at 9:00 a.m.,** Courtroom 6, 4th Floor, 280 S. 1st Street, San Jose, California. The briefing schedule set forth in the Order filed on May 5, 2008, remains in effect.

Dated: May 7, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Snooki Puli
Deputy Clerk