*E-Filed 5/8/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GABOR, ET AL., | No. C 07-06091 RMW |
|     Plaintiff(s), | |
|   v. | CLERK'S NOTICE |
| UNITED STATES OF AMERICA, ET AL., | |
|     Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the case management conference before the Honorable Judge Ronald M. Whyte, on May 23, 2008, at 10:30 a.m., has been rescheduled to **July 18, 2008, at 10:30 a.m.,** Courtroom 6, 4th Floor, 280 S. 1st Street, San Jose, California. A joint case management statement is due by July 11, 2008.

Dated: May 8, 2008

                                                  FOR THE COURT,
                                                Richard W. Wieking, Clerk

                                                by: _____
                                                     Snooki Puli
                                                     Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN GABOR, et al,

        Plaintiff,

v.

UNITED STATES OF AMERICA, et al,

        Defendant.

Case Number: CV07-06091 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Gabor
Kay Gabor
590 Smokey Court
Campbell, CA 95008-3717

Dated: May 8, 2008

Richard W. Wieking, Clerk
By: Snooki Puli, Deputy Clerk