AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

FILED
2008 MAY 19 A 10: 34
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR

John Gabor and Kay Gabor
    Plaintiffs
v.
USA;MUCASEY;AOUSDC;SCHARF;
BERKMAN;BURTON VOLKMANN &
SCHMAL,LLP;SCHMAL;SABIN;
SOLOMON;MIYASHIRO;GARCIA;
and DOES1-100
    Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**C07 06091 RMW PVT**

TO: (Name and address of Defendant)

James A. Scharf
Office of the United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA. 95113

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Gabor and Kay Gabor
590 Smokey Court
Campbell, CA. 95008-3717

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                                              DEC 0 3 2007

CLERK                                                            DATE

(By) DEPUTY CLERK
   Tiffany Salinas-Harwell

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | March 17, 2008 |
| NAME OF SERVER (PRINT) John McGoldrick | TITLE SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Defendant James A. Scharf served at Office of the U.S. Attorney, 150 Almaden Blvd, Suite 900, San Jose, Ca. 95113 by Certified mail # 7007 1490 0004 6530 2969

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $60.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 17, 2008
_____
Date      Signature of Server

7737 Fair Oaks Blvd #242
Carmichael, Ca. 95608-1705
Address of Server

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James A Scharf
Office of US Attorney
150 Almaden Blvd Suite 900
San Jose CA 95113

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
R. Torres                      3/[?]

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 1490 0004 6530 2969

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540