AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT FILED

NORTHERN ____ District of ____ CALIFORNIA

2008 MAY 19  A 10: 34

RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

John Gabor and Kay Gabor
Plaintiffs

ADR

v.

USA;MUCASEY;AOUSDC;SCHARF;
BERKMAN;BURTON VOLKMANN &
SCHMAL,LLP;SCHMAL;SABIN;
SOLOMON;MIYASHIRO;GARCIA;
and DOES1-100
Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## C07  06091 PVT     RMW

TO: (Name and address of Defendant)

D. Miyashiro
USDC Clerk's Office
280 S. First Street
San Jose, CA. 94113

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Gabor and Kay Gabor
590 Smokey Court
Campbell, CA. 95008-3717

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                           DEC 0 3 2007

CLERK ____                                   DATE

(By) DEPUTY CLERK

Tiffany Salinas-Harwell

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  March 17, 2008 |
| NAME OF SERVER *(PRINT)*  John McGoldrick | TITLE  SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Defendant D. Miyashiro served at 280 S. First Street, San Jose, Ca. 95113 by Certified mail # 7007 0220 0001 9000 7876

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $100.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 17, 2008
_____
Date

_____
Signature of Server

7737 Fair Oaks Blvd. # 242
Carmichael, Ca. 95608-1705
_____
Address of Server

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery  3/17/08 |
| 1. Article Addressed to:<br><br>Office of USDC Clerk<br>Clerk D Miyashiro<br>280 S. First Street<br>San Jose CA 95113 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7007 0220 0001 9000 7876 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540