EDMUND G. BROWN JR., Attorney General
  of the State of California
PAUL T. HAMMERNESS,
  Supervising Deputy Attorney General
KAY K. YU, (State Bar No. 142479)
  Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-3664
Telephone:(415) 703-5593
Facsimile: (415) 703-1107
Attorneys for Defendant Bradley A. Soloman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN GABOR, KAY GABOR,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA, ET AL.<br><br>　　　　　Defendants. | CASE NO. C07 06091 RW<br><br>**REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT BRADLEY SOLOMON'S MOTION TO DISMISS**<br><br>Date: July 18, 2008<br>Time: 9:00 a.m.<br>Place: Ctr. 4, 4th Floor<br>Judge: The Ronald M. Whyte<br>Date Action Filed: December 3, 2007<br>Trial Date: Not Set |

**MEMORANDUM OF POINTS AND AUTHORITIES**

**PRELIMINARY STATEMENT**

In opposition, plaintiffs have failed to address defendant's two grounds for dismissal. Plaintiffs did not address defendant's argument that he is entitled to absolute quasi-judicial immunity. The only mention, by plaintiffs, of the immunity argument is contained in paragraph four of their opposition. That sole contention, made by plaintiffs, is nonsensical. Paragraph four states: "Defendants [sic] Solomon has no immunity as a 'coconspirator' [sic] since his personal participation in the conspiracy and his liability will be decided by a jury." Plaintiffs make this statement without citing any authority.

Plaintiff, also, failed to address Mr. Solomon's second argument in the motion to dismiss, that the Complaint failed to state facts to state a claim for a 42 U.S.C.§ 1983 action.

1

Gabor v. United States, , et al. RMW
U.S.D.C. No. C7-06091

Reply Brief to Plaintiffs' Opposition to Defendant
Bradley Solomon's Motion to Dismiss

As more fully stated hereinafter, the complaint should be dismissed as defendant Bradley Solomon is immune from suit and the Complaint failed to state facts to state a claim.

## ARGUMENT

### I.

### DEPUTY ATTORNEY GENERAL BRADLEY SOLOMON IS ENTITLED TO ABSOLUTE QUASI-JUDICIAL IMMUNITY

Defendant Bradley A. Solomon is entitled to absolute immunity because the alleged conduct was taken in connection with the judicial process. *Fry v. Melarango*, 939 F.2d 832, 836 (9th Cir. 1991) (government attorneys immune for acts during the judicial phase of litigation; *Flood v. Harrington*, 532 F.2d 1248, 1250-52 (9th Cir. 1978) (same). Plaintiffs have failed to provide any authority to challenge this defense.

Accordingly, defendant Bradley A. Solomon is immune from suit as his alleged conduct was performed in the course of his defense of the Attorney General.

### II.

### PLAINTIFFS HAVE FAILED TO STATE FACTS TO STATE CLAIM FOR A VIOLATION OF 42 U.S.C. § 1983

There is a paucity of facts regarding Mr. Solomon's alleged wrongful act. As mentioned in defendant's motion to dismiss, there is one short paragraph that referenced Mr. Solomon's alleged actions. Even if plaintiffs' allegations were true, they have failed to state facts to state a claim.

## CONCLUSION

For the foregoing reasons, defendant Bradley A. Solomon respectfully requests that the motion to dismiss be granted with prejudice.

2

Gabor v. United States, , et al. RMW
U.S.D.C. No. C7-06091

Reply Brief to Plaintiffs' Opposition to Defendant
Bradley Solomon's Motion to Dismiss

1  Dated: June 9, 2008

3               Respectfully submitted,

4               EDMUND G. BROWN JR., Attorney General
                  of the State of California
5               PAUL T. HAMMERNESS
                  Supervising Deputy Attorney General
6               KAY K. YU
                       Deputy Attorney General

8               By: _____
                       KAY K. YU
9               Attorneys for Defendant Bradley A. Solomon

3

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: *Gabor v. United States of America, et al.*
U.S. D.C. Northern Case No.: 5:07-cv-06091 PVT

I declare:

I am employed in the County of San Francisco, California. I am 18 years of age or older and not a party to the within entitled cause; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102.

On June 9, 2008, I served the attached:

**REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT BRADLEY SOLOMON'S MOTION TO DISMISS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

**John Gabor and Kay Gabor
590 Smokey Court
Campbell, CA 95008-3717**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 9, 2008, at San Francisco, California.

| Anh Ho | *[signature]* |
|---|---|
| Typed Name | Signature |