JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   claire.cormier@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN GABOR AND KAY GABOR,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>    Defendants. | No. C 07-06091 RMW<br><br>**NOTICE OF NEED FOR ADR PHONE CONFERENCE (ADR L.R. 3-5); ADR CERTIFICATION** |

      Defendants United States of America and Bradley A. Solomon[1] do not believe that any ADR process is appropriate for this case. These defendants believe that plaintiffs' claims are frivolous. This is supported by the Court's declaration that the plaintiffs are vexatious litigants. These defendants believe there is no possibility of any settlement. However, if the Court so requires, counsel for these defendants will participate in a telephone conference with the ADR Director or Program Counsel. However, these defendants request that the ADR telephone conference be delayed until after the upcoming hearing on defendants' motions to dismiss, currently scheduled for July 18, 2008.

---

[1] These defendants have filed motions to dismiss, even though it does not appear that they have been properly served. None of the other defendants (who it also appears have not been properly served) have appeared in this action.

NOTICE RE ADR PHONE CONFERENCE; ADR CERTIFICATION
No. C 07 06091 RMW

The following parties and counsel will participate in the ADR phone conference, if so ordered:

| Name | Party Representing | Phone No. | FAX No. |
|---|---|---|---|
| Kay K. Yu | Def. Bradley A. Solomon | (415) 703-5593 | (415) 703-1107 |
| Claire T. Cormier | Def. USA | (408) 535-5082 | (408) 535-5081 |

### SIGNATURE AND CERTIFICATION BY LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Respectfully submitted,

DATED: July 8, 2008                JOSEPH P. RUSSONIELLO
                                   United States Attorney


                                   /s/ Claire T. Cormier
                                   _____
                                   CLAIRE T. CORMIER
                                   Assistant United States Attorney


Dated: July ___, 2008              EDMUND G. BROWN, JR.
                                   Attorney General of the State of California
                                   PAUL T. HAMMERNESS
                                   Supervising Deputy Attorney General
                                   KAY K. YU
                                   Deputy Attorney General


                                   _____
                                   KAY K. YU
                                   Attorneys for Defendant Bradley A. Solomon

The following parties and counsel will participate in the ADR phone conference, if so ordered:

| Name | Party Representing | Phone No. | FAX No. |
|---|---|---|---|
| Kay K. Yu | Def. Bradley A. Solomon | (415) 703-5593 | (415) 703-1107 |
| Claire T. Cormier | Def. USA | (408) 535-5082 | (408) 535-5081 |

**SIGNATURE AND CERTIFICATION BY LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Respectfully submitted,

DATED: July ___, 2008         JOSEPH P. RUSSONIELLO
                              United States Attorney


                              _____
                              CLAIRE T. CORMIER
                              Assistant United States Attorney


Dated: July __, 2008          EDMUND G. BROWN, JR.
                              Attorney General of the State of California
                              PAUL T. HAMMERNESS
                              Supervising Deputy Attorney General
                              KAY K. YU
                              Deputy Attorney General

                              _____
                              KAY K. YU
                              Attorneys for Defendant Bradley A. Solomon

NOTICE RE ADR PHONE CONFERENCE; ADR CERTIFICATION
No. C 07 06091 RMW                          2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**NOTICE OF NEED FOR ADR PHONE CONFERENCE (ADR L.R. 3-5); ADR CERTIFICATION**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

√    **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____    **PERSONAL SERVICE (BY MESSENGER)**

____    **FACSIMILE (FAX)**  Telephone No.:_____

____    **BY FEDERAL EXPRESS**

to the parties addressed as follows:

John Gabor and Kay Gabor
590 Smokey Court
Campbell, CA 95008-3717

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of July 2008, at San Jose, California

/s/ Claire T. Cormier
_____
Claire T. Cormier