UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

DATE: July 18, 2008

Case No. C-07-06091 RMW        JUDGE: Ronald M. Whyte

JOHN GABOR, ET AL., -v- UNITED STATES OF AMERICA, ET AL.,
Title

John Gabor (Pro Se)            Claire Cormier, P. Hammerness, T. Schmal
Attorneys Present              Attorneys Present

COURT CLERK: Corinne Lew       COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

Defendant's Bradley A. Solomon and United States Motion to Dismiss First Amended Complaint and Motion for Award of Costs and Fees.

ORDER AFTER HEARING

Hearing Held. The matter was called. The court heard oral argument. The court's tentative ruling is to grant the motion to dismiss. The court to send out a final ruling. The court took the matter under submission. The Case Management Conference has been vacated.