*E-filed on* 9/9/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN GABOR and KAY GABOR, | No. C-07-06091 RMW |
| Plaintiffs, | |
| v. | JUDGMENT |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

On 9/8/08 the court dismissed all claims as to all defendants. Accordingly, IT IS HEREBY ORDERED that judgment be entered for defendants and against plaintiffs. Plaintiffs are to take nothing by way of their complaint. The Clerk of the Court shall close the file.

DATED: 9/8/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT —No. C-07-06091 RMW

1 | A copy of this order was mailed on _____9/9/08_____ to:

**Plaintiffs:**

John and Kay Gabor
590 Smokey Court
Campbell, CA 95008-3717
PRO SE

**Counsel for Defendants:**

Claire T. Cormier          claire.cormier@usdoj.gov
Kay Keeching Yu          kay.yu@doj.ca.gov

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

**United States District Court**
For the Northern District of California

JUDGMENT —No. C-07-06091 RMW                              2